LAW OFFICES OF NEIL B. CHECKMAN

319 Broadway, Fifth Floor
New York, NY 10007-1187
212.264.9940
Fax 212.732.8460
neil@checkmanlaw.com

*SEPT 14 2005*

BROOKLYN OFFICE

RECEIVED
SEP - 1 2005
CHAMBERS OF JUDGE

August 29, 2005

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
**Please file under seal**

> The probation officer supervising Ms. Leary is directed to advise the Court on this application.
>
> So ordered
>
> s/John Gleeson USDJ
>
> 9-2-05

Re: **United States v. Jennifer Leary,**
    **03 Cr. 1207 (JG)**

Dear Judge Gleeson:

I am the attorney who was previously assigned to represent Jennifer Leary on the above-referenced information. Ms. Leary was sentenced before this Court on May 7, 2004.

I write to request that the Court consider granting the defendant an early termination of her term of Probation pursuant to 18 U.S.C. §3564(c). Ms. Leary, who cooperated with the Government during the pendency of her case before this Court, has paid all required fines and assessments and has been in full compliance with the terms of her supervision.

As the Court will recall, at the time of Ms. Leary's sentence, the undersigned informed the sentencing court that Ms. Leary would be living with her fiancé, Mr. Joseph Robertson, Jr. and running the family-owned restaurant that he inherited. To date the couple has been engaged in running that restaurant. Recently, Mr. Robertson and others have opened a restaurant in Pavones, Costa Rica where the couple hopes to reside after Ms. Leary finishes her Probation.

Mr. Robertson has been traveling back and forth, but wishes to close their present restaurant and to run the Pavones restaurant on a full-time basis. It is anticipated that Jennifer would be running it with him. Those plans will, by necessity, need to be postponed, unless the Court grants the instant application. It is an expensive commute for Mr. Robertson to travel back and forth to Costa Rica, and it has become apparent that the present arrangement will place the couple's ability to keep the restaurant running properly in great jeopardy. Even if the supervising probation officer were to allow Ms. Leary to makes trips to Costa Rica with Mr. Robertson, it

Hon. John Gleeson
August 29, 2005
Page 2

would still not enable her to become involved in the restaurant's operation in a meaningful way.

Ms. Leary has informed me that the couple have several friends who are permanently living in the Pavones area and raising their families. Ms. Leary wants to be able to join them and move on with her life.

Accordingly, counsel requests that this Court consider granting our application for the early termination of Jennifer Leary's probation supervision so that she can be able to join her fiancé in Costa Rica and begin their future together.

On behalf of Ms. Leary, I thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Jonathan E. Davis
    U.S.P.O. Tony Garoppolo
    U.S.P.O. Ricardo Ruiz
    Ms. Jennifer Leary